# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-10985
Consolidated with Nos. 13-10557 and 13-10558

United States Court of Appeals
Fifth Circuit

**FILED**

May 16, 2014

Lyle W. Cayce
Clerk

In the Matter of:  HERITAGE ORGANIZATION, L.L.C.,

Debtor

AE MARKETING, L.L.C.,

Appellant

v.

JENKINS-BALDWIN CORPORATION; MERALEX, L.P.; REVANCHE, L.L.C.; HOWARD M. JENKINS; HILLEL A. MEYERS; THOMAS K. RUSSELL; BONNIE S. SAUNDERS, as Special Administrator of the Estate of Donald G. Saunders,

Appellees

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CV-321

Before REAVLEY, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.